UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:18-cv-61426-DIMITROULEAS/SNOW

Annie Bianc, individually
and on behalf of all others similarly situated,

      Plaintiff,

vs.

Midland Credit Management, Inc.,

      Defendant.

_____/

## ORDER OF DISMISSAL

THIS CAUSE is before the Court on the Joint Stipulation of Voluntary Dismissal With Prejudice [DE 12] (the "Stipulation"), filed herein on August 16, 2018. The Court has carefully considered the Stipulation, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows**:**

1.     The Stipulation [DE 12] is hereby **APPROVED**;

2.     This action is **DISMISSED with prejudice**, with each party to bear its own costs and fees except as otherwise agreed;

3.     The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE and ORDERED** in Chambers, at Fort Lauderdale, Broward County, Florida this 17th day of August, 2018.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record